| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | BRUCE CELEBREZZE, SBN 102181 |
| 2 | MARIA LOUISE COUSINEAU, SBN 122280 |
| | PAUL K. SONG, SBN 211183 |
| 3 | 801 South Figueroa Street, 18th Floor |
| | Los Angeles, CA 90017-5556 |
| 4 | Telephone: (213) 426-6900 |
| | Facsimile: (213) 426-6921 |
| 5 | |
| 6 | Attorneys for Defendants |
| | AMERICAN MANUFACTURERS MUTUAL |
| | INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY NELSON, | CASE NO. 04-CV-1634 WBS/PAN |
| | Hon. William B. Shubb |
| Plaintiff, | |
| v. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| KEMPER INSURANCE COMPANIES, KEMPER AUTO & HOME INSURANCE COMPANY, AMERICAN MANUFACTURERS MUTUAL INSURANCE COMPANY, UNITRIN, INC., AND DOES 1-50, INCLUSIVE, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL:

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys:

1. The parties have reached a settlement to resolve the claims raised in this action, and the parties have executed a settlement agreement.

2. In light of the settlement of this action, the parties stipulate to dismissal of the action in its entirety and, specifically, that the claims by Plaintiff Vicky Nelson against Defendant American Manufacturers Mutual Insurance Company be

dismissed with prejudice.

DATED: *August __, 2005     WINSLOW & HURTUBISE

By: _____
Gregory F. Winslow
Jerry A. Hurtubise
Attorneys for Plaintiff VICKY NELSON

DATED: *August __, 2005     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Bruce Celebrezze
Attorneys for Defendants AMERICAN
MANUFACTURERS MUTUAL INSURANCE
COMPANY

## **ORDER OF DISMISSAL**

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that plaintiff Vicky Nelson's claims and causes of action against defendant American Manufacturers Mutual Insurance Company in the above-referenced matter are hereby dismissed WITH PREJUDICE, with each party to bear its own costs.

DONE this 4th day of October, 2005.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE